# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-40376
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 23, 2014

Lyle W. Cayce
Clerk

CHAD ANDREW ISENBERGER,

Petitioner-Appellant

v.

WILLIAM STEPHENS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

Respondent-Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:12-CV-113

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM:[*]

Chad Andrew Isenberger, Texas prisoner # 1435299, is serving a 40-year
sentence for aggravated sexual assault of a child. He filed a 28 U.S.C. § 2254
petition alleging he had received ineffective assistance of trial and appellate
counsel. The district court considered and rejected all of Isenberger's claims
except the one alleging that trial counsel was ineffective for putting

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 13-40376

Isenberger's wife Dorette on the stand to testify at his trial. The district court sua sponte dismissed that claim as unexhausted, and we granted a certificate of appealability on that ruling.

Isenberger asserts that he raised the claim regarding counsel's decision to have his wife testify in his state application for postconviction relief. The respondent agrees with Isenberger's assertion. The record indicates that the substance of Isenberger's claim was indeed raised before the state habeas court. Accordingly, the district court erred in dismissing the claim as unexhausted. *See Nobles v. Johnson*, 127 F.3d 409, 420 (5th Cir. 1997). Accordingly, we VACATE the district court's judgment dismissing Isenberger's claim of ineffective assistance as unexhausted, and we REMAND this matter for further proceedings on that sole claim.